UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| NAUTOR SWAN GLOBAL SERVICE, S.L., <br>     Plaintiff, <br><br> v. <br><br> S/V RED SKY, her engines, tackle, furniture, apparel, appurtenances, etc., *in rem*; and RED SKY INVESTMENTS, LIMITED, *in personam*. <br>     Defendants. | C.A. No. 22-cv-386-JJM-LDA |

**ORDER**

Pending before the Court are Plaintiff Nautor Swan Global Service, S.L.'s Motions to Dismiss Counterclaims and to Strike Request for Rule E(7) Countersecurity. ECF Nos. 65 and 66. Defendants filed objections (ECF Nos. 72 and 73) and Plaintiff replied. ECF Nos. 74 and 75.

The Court referred this matter to the Magistrate Judge for a report and recommendation, which he issued on December 22, 2023. ECF No. 79. No objection has been received to the Report and Recommendation. After consideration of all the filings, and the Report and Recommendation, the Court accepts in full the Report and Recommendation for the reasons stated, and

ORDERS

1. The Court DENIES Plaintiff's Motions to Dismiss Counterclaims and to Strike Request for Rule E(7) Countersecurity. ECF Nos. 65 and 66.

2. The Court ORDERS Plaintiff to post Rule E(7) Countersecurity for $100,000.00.

IT IS SO ORDERED.

_____
John J. McConnell, Jr.
Chief Judge
United States District Court

January 8, 2024