IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NAUTOR SWAN GLOBAL SERVICE, S.L., <br><br> *Plaintiff,* <br><br> v. <br><br> S/V RED SKY, her engines, tackle, furniture, apparel, appurtenances, etc., *in rem*, and RED SKY INVESTMENTS LIMITED, *in personam* <br><br> *Defendant.* | Restricted Appearance Rule E(8) <br> Civil No.1:22-cv-00386-JJM-LDA |

## STIPULATION AND PROPOSED ORDER FOR
## <u>DISMISSAL WITH PREJUDICE</u>

COME NOW the Parties, Plaintiff Nautor Swan Global Service, S.L. ("NSGS"), and Defendant Red Sky Investments, Ltd. ("Red Sky Investments"), on its own behalf and on behalf of Defendant S/V Red Sky, her engines, tackle, furniture, apparel, appurtenances, etc. ("s/v Red Sky" or the "Vessel") (collectively with Red Sky Investments, "Red Sky") (Red Sky and NSGS collectively, the "<u>Parties</u>"), and the Parties STIPULATE AND AGREE as follows:

STIPULATED AND AGREED, by and between the Parties hereto, that, in accordance with the terms of the Settlement and Release Agreement, the security funds on deposit with the Court's registry in this action, comprising $750,000.00, plus any interest accrued under the Court's CRIS system, be disbursed to Red Sky's attorneys in this action, to then be disbursed by them in accordance with the Settlement and Release Agreement; and it is further

STIPULATED AND AGREED, by and between the Parties hereto, that, in accordance with the terms of the Settlement and Release Agreement, the countersecurity funds on deposit with

the Court's registry in this action, comprising $100,000.00, plus any interest accrued under the Court's CRIS system, be disbursed to NSGS's attorneys in this action, to then be disbursed by them in accordance with the Settlement and Release Agreement; and it is further

STIPULATED AND AGREED, by and between the Parties hereto, that, pursuant to Rule 41(a)(1)(A)(ii), all claims, complaints, and counterclaims, be dismissed with prejudice. Each party shall bear their own costs and attorneys' fees. All rights of appeal are hereby waived.

Dated: April 15, 2024
         Providence, Rhode Island

| FOR NSGS: | FOR RED SKY: |
|---|---|
| **FARRELL SMITH O'CONNELL LLP** <br> **JONES WALKER LLP** | **CLYDE & CO US LLP** |
| *"/s/ Kirby L. Aarsheim"* <br> **Kirby L. Aarsheim** <br> Farrell Smith O'Connell <br> Aarsheim Aprans LLP <br> 55 Pine Street, Second Floor <br> Providence, Rhode Island 02903 <br> (401) 477-4187 <br> (508) 989-1821 <br> kaarsheim@fsofirm.com | *"/s/ John R. Keough"* <br> **John R. Keough** <br> The Chrysler Building <br> 405 Lexington Avenue, 16th Floor <br> New York, NY 10174 <br> john.keough@clydeco.us |
| **Luis E. Llamas** <br> Jones Walker LLP <br> 201 S Biscayne Blvd Citi Center, Ste 3000 <br> Miami, FL 33131-4341 <br> (305) 679-5757 <br> llamas@joneswalker.com | **John R. Felice** <br> Clyde & Co US LLP <br> 265 Franklin Street, Suite 701 <br> Boston, MA 02110-3113 <br> (617) 728-0050 <br> John.felice@clydeco.us |
| | **John K. Fulweiler** <br> Fulweiler LLC <br> 40 Mary Street, First Floor - Aft <br> Newport, Rhode Island 02840 <br> (401) 667-0977 <br> john@fulweilerlaw.com |

## **CERTIFICATE OF SERVICE**

    I certify that on April 15, 2024, I filed the above document via the Electronic Case Filing System, through which a copy will be electronically delivered to all attorneys who are listed as registered participants in connection with this case.

                                                                         *"/s/ Kirby L. Aarsheim"*
                                                                         Kirby L. Aarsheim

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NAUTOR SWAN GLOBAL SERVICE, S.L., | § § § § | |
| *Plaintiff,* | § § | Restricted Appearance Rule E(8) |
| v. | § § | Civil No.1:22-cv-00386-JJM-LDA |
| S/V RED SKY, her engines, tackle, furniture, apparel, appurtenances, etc., *in rem*, and RED SKY INVESTMENTS LIMITED, *in personam,* | § § § § § § | |
| *Defendants.* | § § | |

**ORDER**

The Parties' Stipulation for Dismissal with prejudice is SO ORDERED. The Clerk of Court shall forthwith distribute $750,000 on deposit in this action, plus any interest accrued under the Court's CRIS system, by check made payable to "Clyde and Co US LLP, as attorneys for Red Sky Investments Limited," to be disbursed by Clyde and Co US LLP in accordance with the terms of the Settlement and Release Agreement.

The Clerk of Court shall forthwith distribute $100,000 on deposit in this action, plus any interest accrued under the Court's CRIS system, by check made payable to "Jones Walker LLP, as attorneys for NSGS."

Dated: April       , 2024
          Providence, Rhode Island

_____

**Hon. John J. McConnell, Jr.**
**UNITED STATES DISTRICT JUDGE**