IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NAUTOR SWAN GLOBAL SERVICE, S.L., | § § § § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | Restricted Appearance Rule E(8)<br>Civil No.1:22-cv-00386-JJM-LDA |
| S/V RED SKY, her engines, tackle, furniture, apparel, appurtenances, etc., *in rem*, and RED SKY INVESTMENTS LIMITED, *in personam*, | | |
| *Defendants.* | | |

## ORDER

The Parties' Stipulation for Dismissal with prejudice is SO ORDERED. The Clerk of Court shall forthwith distribute $750,000 on deposit in this action, plus any interest accrued under the Court's CRIS system, by check made payable to "Clyde and Co US LLP, as attorneys for Red Sky Investments Limited," to be disbursed by Clyde and Co US LLP in accordance with the terms of the Settlement and Release Agreement.

The Clerk of Court shall forthwith distribute $100,000 on deposit in this action, plus any interest accrued under the Court's CRIS system, by check made payable to "Jones Walker LLP, as attorneys for NSGS."

Dated: April      , 2024
         Providence, Rhode Island

_____
Hon. John J. McConnell, Jr.
**UNITED STATES DISTRICT JUDGE**
Date: 16 April 2024